IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| REECE GENE MULLINS, ) | |
|     Plaintiff, ) | Civil Action No. 7:23cv00149 |
| ) | |
| v. ) | **MEMORANDUM OPINION** |
| ) | |
| SOUTHWEST REGIONAL JAIL ) | By: Robert S. Ballou |
| AUTHORITY-DUFFIELD, et al., ) | United States District Judge |
|     Defendants. ) | |

Plaintiff, proceeding *pro se*, filed a civil rights complaint, pursuant to 42 U.S.C. § 1983. By orders entered March 14, 2023, and March 23, 2023, the court directed plaintiff to notify the court in writing immediately upon transfer or release and to provide a new address. Plaintiff was advised that a failure to comply would result in dismissal of this action without prejudice.

On June 15, 2023, plaintiff advised the court that he anticipated being transferred to Marion Correctional Treatment Center in the future. Correspondence from the court was mailed to plaintiff at his address of record on June 16, 2023, which was returned as undeliverable on June 27, 2023, with no forwarding address provided. The returned correspondence was then mailed to plaintiff at Marion Correctional Treatment Center, but was returned July 5, 2023, as undeliverable. Plaintiff has not advised the court of his current address. Accordingly, the court will dismiss the action without prejudice and strike the case from the active docket of the court. Plaintiff may refile the claims in a separate action once he is able to comply with the court's conditions.

Enter: July 6, 2023

/s/ Robert S. Ballou

Robert S. Ballou
United States District Judge